# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, <br> Plaintiff, <br><br> v. <br><br> GOLDEN PHOENIX RESTAURANT, INC., <br> EVELYN HUYNH, QUYNH PHUNG, and <br> ANTHONY PARDUCCI, <br> Defendants. <br><br> AMERICAN FAMILY INSURANCE COMPANY, <br> Intervenor Defendant. | CAUSE NO.: 2:17-CV-7-RL-PRC |

## OPINION AND ORDER

This matter is before the Court on a Motion to Intervene [DE 40], filed by American Family Insurance Company on September 19, 2017. American Family Insurance Company moves to intervene in this action under Federal Rule of Civil Procedure 24.

Federal Rule of Civil Procedure 24(c) requires that a motion to intervene "state the grounds for intervention and be accompanied by a pleading that sets out the claim or defense for which intervention is sought." Fed. R. Civ. P. 24(c). American Family Insurance Company did not attach a copy of the requisite pleading.

Accordingly, the Court hereby **DENIES without prejudice** the Motion to Intervene [DE 40].

SO ORDERED this 4th day of October, 2017.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT